ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 SEP 22 PM 2:59

CLERK
S.D. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CHARLIE BRANNER JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 314-079 |
| | ) |
| RONNIE FIELDS, Jail Administrator, | ) |
| McRae, Georgia (Telfair County), et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis* (doc. no. 2), **DENIES AS MOOT** Plaintiff's motion to appoint counsel (doc. no. 9), and **DISMISSES** this action without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit by filing a new complaint. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 22nd day of September, 2014, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE